**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000270
12-MAY-2023
08:35 AM
Dkt. 11 OAWST

NO. CAAP-23-0000270

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JOHN SEYMOUR, Plaintiff-Appellee, v.
TERESA COLEMAN, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
LAHAINA DIVISION
(CASE NO. 2DRC-23-0000070)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal With Prejudice (Stipulation), filed April 4, 2023, by Defendant-Appellant Teresa Coleman, the papers in support, and the record, it appears that:  (1) the appeal has not been docketed; (2) the filing fees have been paid; (3) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (4) the Stipulation is dated and signed by all self-represented parties and counsel for all represented parties appearing in the appeal; and (5) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, May 12, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge